UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **MARK BEARD** | **CIVIL DOCKET NO. 3:22-CV-03628** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 19] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS HEREBY ORDERED that Plaintiff, Mark Beard's COMPLAINT [Doc. 1] against Foremost Insurance Company Grand Rapids Michigan is DISMISSED WITHOUT PREJUDICE for failure to prosecute and abide by the orders of the court.

THUS, DONE AND SIGNED in Chambers on this 7th day of July 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE